The People of the State of Colorado, Appellee, In the Interest of M.A.P., a Child, and Concerning S.M.P. and J.A.P., Appellants. No. 20CA1787
Court of Appeals of Colorado, First Division
October 7, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 City
 and County of Denver Juvenile Court No. 19JV703 Honorable
 Laurie A. Clark, Judge.
 
 
 
 OPINION
 
 
 FOX,
 JUDGE.
 
 
 JUDGMENT
 VACATED AND CASE REMANDED WITH DIRECTIONS
 
 
 
 Welling and Johnson, JJ ., concur.